PD-0831-14

3-26-15

Court of Appeals

I was unable to timely complete my PDR. I was not allowed access to my writing material to timely submit my PDR. Is there anyway possible I can have a extension, due to me being in close custody

Thank you.
David Owens

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 31 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

APR 01 2015

Abel Acosta, Clerk